United States District Court
Southern District of Texas
**ENTERED**
March 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEREK PHILLIPS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3239 |
| | § | |
| BRANDON FOSTER, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON March 5, 2018 at 8:45 AM

Appearances:   Daniel Cook
David Mitchell Gregory
Kelline Renee Linton

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | March 21, 2018 |
| New parties/class allegations by: | Collective Action |
| Plaintiff's experts to be designated by: | August 1, 2018 |
| Report furnished by: | August 1, 2018 |
| Defendant's experts to be designated by: | September 1, 2018 |
| Report furnished by: | September 1, 2018 |
| Discovery to be completed by: | October 30, 2018 |
| Dispositive motions due by: | November 30, 2018 |
| Docket call to be held at 11:30 AM on: | February 4, 2019 |
| Estimated trial time: 3-5 days | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 5th day of March, 2018.

                                                Kenneth M. Hoyt
                                                United States District Judge