Case 4:17-cv-03239   Document 25   Filed on 06/20/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEREK PHILLIPS, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3239 |
| BRANDON FOSTER, *et al*, | § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONFIDENTIAL NEGOTIATED SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the joint motion for approval of confidential negotiated settlement agreement and stipulation of dismissal with prejudice (Dkt. No. 24) jointly filed by all the plaintiffs and defendants in this cause of action and finds the joint motion is well taken and should be and hereby is GRANTED in all respects.

The Court approves the settlement which disposes of all of the plaintiff's and opt-in plaintiff's claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. The Court hereby GRANTS the joint motion and Orders that all claims of all plaintiffs and opt-in plaintiffs in this cause of action are dismissed with prejudice with each party to bear their own costs and attorneys' fees in conformance with the settlement and the foregoing stipulation of dismissal with prejudice made by plaintiffs and defendants.

It is so ORDERED.

SIGNED on this 20th day of June, 2018.

_____
Kenneth M. Hoyt
United States District Judge